No. 283. FRANKLIN ET AL. *v.* BOARD OF COMMISSIONERS OF TENSAS BASIN LEVEE DISTRICT. *Per Curiam:* The motion to dismiss is granted and the appeal is dismissed for want of a substantial federal question. *Eldridge* v. *Trezevant,* 160 U. S. 452; *Wolfe* v. *Hurley,* 283 U. S. 801. MR. JUSTICE MINTON took no part in the consideration or decision

of this case. *Hector G. Spaulding* for appellants. *C. C. Wood* for appellee.